Delbert Lamar RANKIN, Plaintiff—Appellant,

v.

John CRANFORD; Anthony Johnson; Christopher Collier; Paxton Butler; Allen Martin; Kenneth B. Darty; Judy Sills, Defendants—Appellees.

No. 05–6587.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 25, 2005.

Delbert Lamar Rankin, Appellant pro se. Edmund L. Gaines, Homesley, Jones, Gaines & Homesley, Statesville, North Carolina; Gerald Patrick Murphy, Assistant Attorney General, Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Delbert Lamar Rankin appeals the district court's order granting the Defendants' motions to dismiss his complaint filed under 42 U.S.C. § 1983 (2000). We

have reviewed the record and find no reversible error. Accordingly, we deny Rankin's motion for appointment of counsel and affirm on the reasoning of the district court. *See Rankin v. Cranford,* No. CA–03–99–2–V (W.D.N.C. filed Apr. 14, 2005; entered Apr. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*